CATILINA CAMPILLO de CLINE, BLANCA CAMPILLO de CLINE, MAMYE ELIZABETH CAMPILLO de CLINE, KATIE CLINE BARFIELD and husband, O. C. BARFIELD, JULIA CLINE McCRARY, widow, CLARE CLINE LITES and husband A. P. LITES, MAGGIE CLINE STRAINING, widow, R. L. CLINE, and JOHN C. CLINE, *Appellants*, v. INEZ CLINE, a widow, FREDERICK CLINE and ROBERT L. CLINE, by their next friend, INEZ CLINE, *Appellees*.

Opinion Filed May 7, 1931.

Petition for rehearing denied June 29, 1931.

*Cone & Chapman,* for Appellants;
*J. B. Hodges,* for Appellees.

494

497

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and decreed by the Court that the order of the court below should be, and the same is hereby, reversed and the cause remanded with directions to grant the prayer of the petition and direct that the petitioners be made parties to the suit.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.